# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10344-JCM |
| | : | |
| Joshua T. Thompson, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**April 27,2023-June 22, 2023**


**Next Payment Advice Expected (post-filing):**

**July 6, 2023**

K.S.

# THOMPSON, JOSHUA T.

| THOMPSON, JOSHUA T | | | | ID: 140 | | Direct Deposit # D000003487 | | Keystone Education Center Charter | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pay Date** | | Gross Wages | | YTD Wages | Abs. Balance | Date as of | | Deduction | Pay | YTD Gross | YTD W/H |
| 06/22/2023 | | 4,488.00 | | 49,884.96 | | 06/16/2023 | | Federal Tax | 674.38 | 44,696.69 | 6,936.80 |
| | | | | | | | | Soc. Sec. Tax | 270.51 | 48,259.96 | 2,992.11 |
| **MAR** | **EX** | **ADD FED** | **Personal** | | **Sick** | | | Medicare Tax | 63.26 | 48,259.96 | 699.76 |
| S | 0 | 0.00 | 0.000 | | 40.000 | | | PA State Tax | 133.94 | 48,259.96 | 1,481.58 |
| | | | | | | | | UC Tax | 3.14 | 49,884.96 | 34.91 |
| **Payment Type** | | **Reg** | **OT** | **Fctr** | **Rate** | **Amount** | | Retirement -TD | 293.48 | 47,509.96 | 3,563.27 |
| Per Pay Salary | | 1.00 | 0.00 | 0.00 | 2,723.08 | 2,723.00 | | Local EIT | 76.35 | 48,259.96 | 844.55 |
| Additional Pay | | 1.00 | 0.00 | 0.00 | 200.00 | 200.00 | | LST | 2.00 | | 26.00 |
| Additional Pay | | 5.00 | 0.00 | 0.00 | 75.00 | 375.00 | | FSA | 50.00 | | 650.00 |
| Teacher OT | | 34.00 | 0.00 | 0.00 | 35.00 | 1,190.00 | | Health Ins | 75.00 | | 975.00 |
| | | | | | | | | Key.Christmas | 2.00 | | 26.00 |
| | | | | | | | | Scholarship | 2.00 | | 26.00 |
| | | | | | | | | **Net Pay** | | | **2,841.94** |

\*\*Enjoy the Summer!\*\*

**Bank Information**

| | | |
|---|---|---|
| Bessemer System Federal Credit Union | S | 400.00 |
| First National Bank of PA | C | 2,441.94 |

**Direct Deposit # D000003487**

| | |
|---|---|
| Date | 06/22/2023 |
| Amount | $2,841.94 |

JOSHUA T THOMPSON
8 SHADY AVE
GREENVILLE PA  16125

| THOMPSON, JOSHUA T | | ID: 140 | | Direct Deposit # D000003276 | | Keystone Education Center Charter | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Date** | **Gross Wages** | | **YTD Wages** | | | **Deduction** | **Pay** | **YTD Gross** | **YTD W/H** |
| 04/27/2023 | 3,598.08 | | 32,732.72 | | | Federal Tax | 479.80 | 29,152.75 | 4,389.45 |
| | | | | | | Soc. Sec. Tax | 215.33 | 31,607.72 | 1,959.67 |
| **MAR** | **EX** | **ADD FED** | | | | Medicare Tax | 50.36 | 31,607.72 | 458.30 |
| S | 0 | 0.00 | | | | PA State Tax | 106.62 | 31,607.72 | 970.36 |
| **Payment Type** | **Reg** | **OT** | **Fctr** | **Rate** | **Amount** | UC Tax | 2.52 | 32,732.72 | 22.91 |
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 2,723.08 | 2,723.08 | Retirement -TD | 269.86 | 32,732.72 | 2,454.97 |
| Teacher OT | 25.00 | 0.00 | 0.00 | 35.00 | 875.00 | Local EIT | 60.78 | 31,607.72 | 553.14 |
| | | | | | | LST | 2.00 | | 18.00 |
| | | | | | | FSA | 50.00 | | 450.00 |
| | | | | | | Health Ins | 75.00 | | 675.00 |
| | | | | | | Key.Christmas | 2.00 | | 18.00 |
| | | | | | | Scholarship | 2.00 | | 18.00 |
| | | | | | | **Net Pay** | | | **2,281.81** |

| Bank Information | | |
|---|---|---|
| Bessemer System Federal Credit Union | S | 400.00 |
| First National Bank of PA | C | 1,881.81 |

Direct Deposit # D000003276

| Date | 04/27/2023 |
|---|---|
| Amount | $2,281.81 |

JOSHUA T THOMPSON
8 SHADY AVE
GREENVILLE PA  16125

| Pay Date | | Gross Wages | | YTD Gross | | Absent Balance | | Absent Date |
|---|---|---|---|---|---|---|---|---|
| 05/11/2023 | | 3,633.08 | | 36,365.80 | | | | 05/05/2023 |

| MAR | EX | ADD FED | Personal | | Sick | | |
|---|---|---|---|---|---|---|---|
| S | 0 | 0.00 | 0.000 | | 40.000 | | |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 2,723.08 | 2,723.08 |
| Teacher OT | 26.00 | 0.00 | 0.00 | 35.00 | 910.00 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 486.93 | 32,388.35 | 4,876.38 |
| Soc. Sec. Tax | 217.50 | 35,115.80 | 2,177.17 |
| Medicare Tax | 50.87 | 35,115.80 | 509.17 |
| PA State Tax | 107.70 | 35,115.80 | 1,078.06 |
| UC Tax | 2.54 | 36,365.80 | 25.45 |
| Retirement -TD | 272.48 | 36,365.80 | 2,727.45 |
| Local EIT | 61.39 | 35,115.80 | 614.53 |
| LST | 2.00 | | 20.00 |
| FSA | 50.00 | | 500.00 |
| Health Ins | 75.00 | | 750.00 |
| Key.Christmas | 2.00 | | 20.00 |
| Scholarship | 2.00 | | 20.00 |

| | Net Pay | 2,302.67 |
|---|---|---|

**Bank Information**

| Bessemer System Federal Credit Union | S | 400.00 |
|---|---|---|
| First National Bank of PA | C | 1,902.67 |

**Direct Deposit # D000003329**

| Date | 05/11/2023 |
|---|---|
| Amount | $2,302.67 |

JOSHUA T THOMPSON
8 SHADY AVE
GREENVILLE PA   16125

THOMPSON, JOSHUA T    ID: 140    Direct Deposit # D000003382    Keystone Education Center Charter

| Pay Date | Gross Wages | | YTD Gross | Abs Balance | Net Date |
|---|---|---|---|---|---|
| 05/25/2023 | 5,433.08 | | 41,798.88 | | 05/19/2023 |

| MAR | EX | ADD FED | Personal | | Sick | |
|---|---|---|---|---|---|---|
| S | 0 | 0.00 | 0.000 | | 40.000 | |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 2,723.08 | 2,723.08 |
| Incentive Pay | 1.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Teacher OT | 26.00 | 0.00 | 0.00 | 35.00 | 910.00 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 906.24 | 37,423.95 | 5,782.62 |
| Soc. Sec. Tax | 329.10 | 40,423.88 | 2,506.27 |
| Medicare Tax | 76.97 | 40,423.88 | 586.14 |
| PA State Tax | 162.96 | 40,423.88 | 1,241.02 |
| UC Tax | 3.80 | 41,798.88 | 29.25 |
| Retirement -TD | 272.48 | 39,998.88 | 2,999.93 |
| Local EIT | 92.89 | 40,423.88 | 707.42 |
| LST | 2.00 | | 22.00 |
| FSA | 50.00 | | 550.00 |
| Health Ins | 75.00 | | 825.00 |
| Key.Christmas | 2.00 | | 22.00 |
| Scholarship | 2.00 | | 22.00 |
| **Net Pay** | | | **3,457.64** |

**Bank Information**

| Bessemer System Federal Credit Union | S | 400.00 |
|---|---|---|
| First National Bank of PA | C | 3,057.64 |

**Direct Deposit # D000003382**

| Date | 05/25/2023 |
|---|---|
| Amount | $3,457.64 |

JOSHUA T THOMPSON
8 SHADY AVE
GREENVILLE PA  16125

THOMPSON, JOSHUA T      ID: 140      Direct Deposit # D000003435      Keystone Education Center Charter

| Pay Date | Gross Wages | YTD Wages |
|---|---|---|
| 06/08/2023 | 3,598.08 | 45,396.96 |

| MAR | EX | ADD FED |
|---|---|---|
| S | 0 | 0.00 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 2,723.08 | 2,723.08 |
| Teacher OT | 25.00 | 0.00 | 0.00 | 35.00 | 875.00 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 479.80 | 40,627.17 | 6,262.42 |
| Soc. Sec. Tax | 215.33 | 43,896.96 | 2,721.60 |
| Medicare Tax | 50.36 | 43,896.96 | 636.50 |
| PA State Tax | 106.62 | 43,896.96 | 1,347.64 |
| UC Tax | 2.52 | 45,396.96 | 31.77 |
| Retirement -TD | 269.86 | 43,596.96 | 3,269.79 |
| Local EIT | 60.78 | 43,896.96 | 768.20 |
| LST | 2.00 | | 24.00 |
| FSA | 50.00 | | 600.00 |
| Health Ins | 75.00 | | 900.00 |
| Key.Christmas | 2.00 | | 24.00 |
| Scholarship | 2.00 | | 24.00 |

| | | Net Pay | 2,281.81 |
|---|---|---|---|

**Bank Information**

| Bessemer System Federal Credit Union | S | 400.00 |
|---|---|---|
| First National Bank of PA | C | 1,881.81 |

Direct Deposit # D000003435

| Date | 06/08/2023 |
|---|---|
| Amount | $2,281.81 |

JOSHUA T THOMPSON
8 SHADY AVE
GREENVILLE PA   16125